# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **VAFA FERDOWSIAN, D.P.M., P.A.,** <br> **d/b/a FERDOWSIAN FOOT & ANKLE CLINIC** | **PLAINTIFF** |
| v. Case No. 4:17-cv-00049-KGB | |
| **JARED MALAN** | **DEFENDANT** |

## ORDER

Before the Court is plaintiff Vafa Ferdowsian, D.P.M., P.A., d/b/a Ferdowsian Foot & Ankle Clinic's ("Ferdowsian Foot & Ankle Clinic") motion to dismiss (Dkt. No. 19). Ferdowsian Foot & Ankle Clinic requests that the Court dismiss its claim pursuant to Federal Rule of Civil Procedure 41(a)(2). Therefore, this case is hereby dismissed without prejudice.

It is so ordered this the 31tst day of January, 2018.

_____
Kristine G. Baker
United States District Judge